CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 0 4 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **CLEOFAS MARIANO-DAIZ,** Petitioner, | ) ) ) | Case No. 7:05cv00195 |
| v. | ) ) | **FINAL ORDER** |
| **UNITED STATES OF AMERICA,** Respondent. | ) ) ) ) | By: Jackson L. Kiser Senior United States District Judge |

In accordance with the Opinion entered on this day, it is hereby ordered

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**; the petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. §2255, is hereby **DENIED**, all other pending motions are hereby **DENIED**, and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Final Order and the accompanying Memorandum Opinion to all parties.

ENTER: This 4th day of August, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge